**710**

192 So.2d 446

**Patricia Ann BUSH**

v.

**STATE.**

3 Div. 171–B.

Supreme Court of Alabama.

Oct. 27, 1966.

Rehearing Denied Dec. 8, 1966.

Gray & Seay, Montgomery, Jack Greenberg and Chas. H. Jones, Jr., New York City, for appellant.

Richmond M. Flowers, Atty. Gen., and W. Mark Anderson, III, Asst. Atty. Gen., for the State.

PER CURIAM.

Affirmed, authority of Smith v. State, 280 Ala. 241, 192 So.2d 443. (3 Div. 171).

LIVINGSTON, C. J., and LAWSON, GOODWYN and COLEMAN, JJ., concur.

192 So.2d 447

**Loretta CALLOWAY**

v.

**STATE.**

3 Div. 171–F.

Supreme Court of Alabama.

Oct. 27, 1966.

Rehearing Denied Dec. 8, 1966.

Gray & Seay, Montgomery, Jack Greenberg and Chas. H. Jones, Jr., New York City, for appellant.

Richmond M. Flowers, Atty. Gen., and W. Mark Anderson, III, Asst. Atty. Gen., for the State.

PER CURIAM.

Affirmed, authority of Smith v. State, 280 Ala. 241, 192 So.2d 443. (3 Div. 171).

LIVINGSTON, C. J., and LAWSON, GOODWYN and COLEMAN, JJ., concur.

191 So.2d 234

**Irby C. CASH**

v.

**STATE.**

7 Div. 759.

Supreme Court of Alabama.

Oct. 20, 1966.

Loma B. Beaty, Fort Payne, for petitioner.

Richmond M. Flowers, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Irby C. Cash for certiorari to the Court of Appeals to review and revise the judgment and decision in Cash v. State, 43 Ala.App. 390, 191 So.2d 230.

Writ denied.

LIVINGSTON, C. J., and MERRILL and HARWOOD, JJ., concur.